IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MYRA HANDELMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 1:22-cv-5817 |
| v. | ) | |
| | ) | Judge Valderrama |
| **CITIBANK N.A.,** | ) | Magistrate Jantz |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND
REQUEST TO STAY ALL DEADLINES**

Plaintiff, MYRA HANDELMAN, hereby respectfully apprises this Honorable Court that the parties have reached a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties are currently in the process of preparing formal documents necessary to memorialize the terms and conditions of the settlement of this matter.

2. Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for further court filings.

Respectfully submitted,
**MYRA HANDELMAN**

By: *s/ David M. Marco*
Attorney for Plaintiff

Dated: February 21, 2025

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
5250 Old Orchard Road, Suite 300
Skokie, IL 60077
**Telephone**:  (312) 546-6539
**Facsimile**:  (888) 418-1277
**E-Mail**:  dmarco@smithmarco.com